No. 92–1953.  RAYMOND ET AL. v. MOBIL OIL CORP., 510 U. S. 822.  Motion for leave to file petition for rehearing denied.

No. 92–8822.  JOHNSON v. CALIFORNIA, 510 U. S. 836.  Petition for rehearing denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the petition for rehearing.

MARCH 30, 1994

No. 93–8522 (A–812).  WEBB v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentence in this case.

MARCH 31, 1994

No. 93–8102.  McMILLAN v. HOLLAND, WARDEN.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46.2.